# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HALL,<br><br>    Plaintiff,<br><br>v.<br><br>PFEIFFER, et al.,<br><br>    Defendants. | 1:19-cv-00125-LJO-SKO (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR VIOLATING RULES 18 AND 20 OF FEDERAL RULES OF CIVIL PROCEDURE<br><br>(Doc. 18)<br><br>(14-DAY DEADLINE) |

Plaintiff, Normal Hall, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2019. On August 2, 2019, the Court issued a First Screening Order dismissing the complaint for violating Rules 18 and 20 of the Federal Rules of Civil Procedure. Plaintiff was granted leave to file an amended complaint or a notice of voluntary dismissal. Although the time has passed for compliance, Plaintiff has not filed a complaint or notice, or responded in any other manner. Plaintiff was advised that the action would be dismissed if he failed to comply.

Based on the foregoing, the Court HEREBY RECOMMENDS that this action be dismissed for violating Rules 18 and 20 of the Federal Rules of Civil Procedure.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within

1

fourteen (14) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **September 25, 2019**            /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE