UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HALL, | 1:19-cv-00125-LJO-SKO (PC) |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION** |
| v. | |
| C. PFEIFFER, et al., | (Docs. 18, 19) |
| Defendants. | |

Plaintiff Norman Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 1, 2019, the Magistrate Judge issued a screening order finding that Plaintiff's complaint violates Rules 18 and 20 of the Federal Rules of Civil Procedure, and granting Plaintiff leave to file a first amended complaint. (Doc. 18.) Plaintiff failed to file an amended complaint or to otherwise respond to the Court's order. On September 25, 2019, the Magistrate Judge issued Findings and Recommendations to dismiss this action for violation of Rules 18 and 20. (Doc. 19.) The Findings and Recommendations were served on Plaintiff the next day and allowed for objections to be filed within 14 days. (*Id.*) More than the allowed time has passed, and Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

*de novo* review of this case. Having carefully reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations issued on September 25, 2019, (Doc. 19), are ADOPTED in full; and
2. This action is DISMISSED for violation of Rules 18 and 20 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **October 21, 2019**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE